

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| MONTE RUBEN SWANZY, | § | |
| Appellant, | § | No. 08-15-00133-CV |
| | § | Appeal from |
| v. | § | 192nd District Court |
| RICHARDSON INDEPENDENT SCHOOL DISTRICT, DALLAS COUNTY, CITY OF DALLAS, | § | of Dallas County, Texas |
| DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, PARKLAND | § | (TC # TX-14-40120) |
| HOSPITAL DISTRICT, AND DALLAS COUNTY SCHOOL | § | |
| EQUILIZATION FUNDS, | § | |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on Appellee Richardson Independent School District's motion to dismiss and concludes the motion should be granted and the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF SEPTEMBER, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.